# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America <br> v. <br> Alan "Tone" Hanson <br><br> Date of Original Judgment: <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: CR-11-50-BLG-BMM <br> ) USM No: 11309-046 <br> ) <br> ) Juli M. Pierce <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150  months **is reduced to**  136 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  2/10/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  10/30/2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Brian Morris, United States District Judge
*Printed name and title*